# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br>vs.<br><br>JOHN GONZALEZ<br><br><br>                       Defendant. | Case No. 15CR1045-MMA<br><br>JUDGMENT OF DISMISSAL<br><br>FILED<br>JUN 1 6 2016 |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__    Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

__    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

__    the Court has dismissed the case for unnecessary delay; or

X    the Court has granted the motion of the Government for dismissal, with prejudice; or

__    the Court has granted the motion of the defendant for a judgment of acquittal; or
__    a jury has been waived, and the Court has found the defendant not guilty; or

__    the jury has returned its verdict, finding the defendant not guilty;

X    of the offense(s) as charged in the Information:

      8:1324(a)(1)(A)(ii), (v)(II), (a)(1)(B)(i) - Transportation of Certain Aliens for Financial Gain And Aiding and Abetting

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 6/16/2016

                                                  Hon. David H. Bartick
                                                  United States Magistrate Judge